UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOUIS D. GALVAN,                        )
                                        )
            Movant,                     )
                                        )
      v.                                )      No. 4:06-CV-1502-CEJ
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

**ORDER CONSOLIDATING CASES**

This matter is before the Court, sua sponte, to consolidate the case styled <u>Galvan v. United States</u>, No. 4:06-CV-1521-CEJ (E.D. Mo.), with the instant action.

On October 13, 2006, movant, proceeding pro se, filed the instant motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. <u>See</u> <u>Galvan v. United States</u>, No. 4:06-CV-1502-CEJ (E.D. Mo.). On October 17, 2006, the Clerk of Court received another motion to vacate, set aside, or correct Louis D. Galvan's sentence under 28 U.S.C. § 2255. The second motion was signed by movant's attorney, Carter Collins Law, and the case was assigned cause number 4:06-CV-1521-CEJ. Both motions challenge movant's January 23, 2004 conviction for the violation of 21 U.S.C. § 841(c)(2)(possession of pseudoephedrine), for which movant was sentenced to 110 months' imprisonment. As such, the Court finds that these two cases should be consolidated.

Accordingly,

**IT IS HEREBY ORDERED** that <u>Galvan v. United States</u>, No. 4:06-CV-1521-CEJ (E.D. Mo.), is **CONSOLIDATED** with the instant action, <u>Galvan v. United States</u>, No. 4:06-CV-1502-CEJ (E.D. Mo.). All further pleadings and documents pertaining to either of these cases shall be filed and docketed in the lower numbered case, Cause No. 4:06-CV-1502-CEJ.

Dated this 27th day of November, 2006.

_____
**UNITED STATES DISTRICT JUDGE**