UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOUIS D. GALVAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:06-CV-1502(CEJ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Clerk of Court shall remove Carter Collins Law and the firm of SCHRIENER LAW from the list of attorneys to be noticed in this case.

**IT IS FURTHER ORDERED** that motion of counsel to withdraw [Doc. #5] is **denied as moot.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2006.